# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DUJUANE McNICKLES

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1802-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 24, 2004__ in __Bristol__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally possess with intent to distribute more than 5 grams of cocaine base, a Schedule II controlled substance

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am a(n) __ATF__ and that this complaint is based on the following
Official Title

facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__6-24-04__ at __BOSTON, MASSACHUSETTS__
Date                                                    City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.