# FINANCIAL AFFIDAVIT

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE

United States v.s. *DaJuan McNichols*

FOR

AT

**PERSON REPRESENTED** (Show your full name)
DaJuan Mc Nichols

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate
04-1802-CBS
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☒ Felony   ☐ Misdemeanor

21 USC § 541(a)(.)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### EMPLOYMENT

Are you now   ☐ Yes   ☒ No   ☐ Am Self-Employed

Name and address of employer: _____

**IF YES, how much do you earn per month?** $ _____

**IF NO, give month and year of last employment** How much did you earn per month? $ _____

If married is your Spouse employed?   ☐ Yes   ☐ No

**IF YES, how much does your Spouse earn per month?** $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

### ASSETS

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☒ No

RECEIVED       SOURCES

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES** $ _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☒ No   IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No

VALUE       DESCRIPTION

**IF YES, GIVE THE VALUE AND DESCRIBE IT** $ _____

### DEPENDENTS

MARITAL STATUS
✓ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents _____

List persons you actually support and your relationship to them _____

### OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) ▶ *DaJuan McNichols*

6/24/04